# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO. 1:20-cv-07390<br><br>Hon. Virginia M. Kendall |

## [PROPOSED] ORDER GRANTING JOINT MOTION FOR LEAVE TO FILE BRIEFS IN EXCESS OF FIFTEEN PAGES

IT IS HEREBY ORDERED that the parties' Joint Motion for Leave to File Briefs In Excess of Fifteen Pages is GRANTED.

Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively "Ancestry") may file a Motion to Dismiss brief in excess of fifteen pages but no more than twenty-five pages. Plaintiff may file an opposition thereto in excess of fifteen pages but no more than twenty-five pages.

　Dated: _____, 2021　　　ENTERED:

_____
Virginia M. Kendall
United States District Judge

1