**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,<br><br>   Plaintiff,<br><br>  v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>   Defendants. | CASE NO. 1:20-cv-07390<br><br>Hon. Virginia M. Kendall |

### ANCESTRY'S RULE 12(B)(2) AND 12(B)(6) MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Pursuant to Federal Rules of Civil Procedure 12(b)(2) and 12(b)(6), defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry") hereby move to dismiss the First Amended Complaint. The Court should dismiss the First Amended Complaint under Rule 12(b)(2) because plaintiff Sergio Bonilla has failed to adequately plead that Illinois has personal jurisdiction over Ancestry. If, however, the Court does not dismiss it under Rule 12(b)(2), Ancestry respectfully requests this Court dismiss it with prejudice on the grounds that: (1) plaintiff lacks standing under Article III of the U.S. Constitution, (2) all of plaintiff's claims are foreclosed by Section 230 of the Communications Decency Act, (3) all of plaintiff's claims are preempted by Section 301 of the Copyright Act, (4) plaintiff's right of publicity claim fails because the challenged conduct is exempted under the statute, (5) plaintiff cannot state a claim for intrusion upon seclusion, (6) plaintiff cannot state a

claim for unjust enrichment, and (7) plaintiff cannot state a claim under the Illinois Consumer Fraud and Deceptive Practices Act.

For the foregoing reasons, as set forth more fully in the accompanying memorandum of law, the Court should dismiss the Complaint with prejudice.

Dated: April 9, 2021

Respectfully submitted,

By: */s/ Lazar Raynal*
    Lazar Raynal

QUINN EMANUEL URQUHART & SULLIVAN, LLP
Lazar Raynal
191 N. Wacker Drive, Suite 2700
Chicago, IL 60606
(312) 705-7400
lazarraynal@quinnemanuel.com

Shon Morgan (*pro hac vice*)
John W. Baumann (*pro hac vice*)
865 South Figueroa Street, 10th Floor
Los Angeles, CA 90017
(213) 443-3000
shonmorgan@quinnemanuel.com
jackbaumann@quinnemanuel.com

Cristina Henriquez (*pro hac vice*)
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
(650) 801-5000
cristinahenriquez@quinnemanuel.com

*Attorneys for Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC*

## CERTIFICATE OF SERVICE

    I, the undersigned, certify that on April 9, 2021, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record via the Court's CM/ECF automated filing system.

By: */s/ Lazar Raynal*
Lazar Raynal