THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,<br><br>      Plaintiff,<br> vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>      Defendants. | **CASE NO. 1:20-CV-07390**<br><br>**JUDGE VIRGINIA M. KENDALL** |

PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER
OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

 Plaintiffs file this Statement of Recent Decision to bring the Court's attention to Judge John C. Coughenour's recent opinion in *Kolebuck-Utz v Whitepages, Inc*., Case No. C21-0053-JJC (Exhibit A) in relation to the pending Motion to Dismiss and related briefing. [ECF Nos. 30, 31, 33, 37].

Dated: May 17, 2021               Respectfully submitted,

                       By: */s/ Shannon M. McNulty*
                        Shannon M. McNulty
                        CLIFFORD LAW OFFICES, P.C.
                        120 N. LaSalle Street, 31st Floor
                        Chicago, Illinois 60602
                        312.899.9090
                        312.251.1160 Facsimile
                        SMM@cliffordlaw.com

                        Michael F. Ram
                        (admitted *Pro Hac*)
                        mram@forthepeople.com

Marie N. Appel
(admitted *Pro Hac*)
mappel@forthepeople.com
MORGAN & MORGAN
COMPLEX LITIGATION GROUP
711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923

Benjamin R. Osborn
(admitted *Pro Hac*)
102 Bergen St.
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiff Bonilla
and the Proposed Class*

**NICK LARRY LAW LLC**

By:  <u>/s/ J. Dominick Larry</u>
J. Dominick Larry

J. Dominick Larry
55 E Monroe Street, Suite 3800
Chicago, IL 60603
Tel: (773) 694-4669
Fax: (773) 694-4691
E-Mail: nick@nicklarry.law
Firm ID: 64846

**BURSOR & FISHER, P.A**.
Philip L. Fraietta (Pro Hac Vice
Forthcoming)
888 Seventh Avenue
New York, NY 10019
Telephone: (646) 837-7150
Facsimile: (212) 989-9163
E-Mail: pfraietta@bursor.com

*Attorneys for Plaintiff Loendorf*

## **CERTIFICATE OF SERVICE**

      I, Shannon M. McNulty, an attorney, hereby certify that on May 17, 2021, served the above and foregoing PLAINTIFFS' STATEMENT OF RECENT DECISION IN FURTHER OPPOSITION TO DEFENDANT'S MOTION TO DISMISS by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
Shannon M. McNulty
CLIFFORD LAW OFFICES
120 N. LaSalle Street, Suite 3100
Chicago, IL 60602
312.899.9090
SMM@cliffordlaw.com