# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Sergio Bonilla

                                   Plaintiff,

v.                                                                       Case No.: 1:20−cv−07390
                                                                                   Honorable Virginia M. Kendall

Ancestry.Com Operations, Inc., et al.

                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, December 7, 2021:

      MINUTE entry before the Honorable Virginia M. Kendall. Teleconference Status hearing held on 12/7/2021. End of Fact Discovery ordered closed by 7/22/2022. End of Fact Discovery Status hearing set for 7/25/2022 at 9:00 AM..The parties shall be prepared to report to the court whether a dispositive motion will be filed and whether expert discovery is necessary. Answer shall be filed by 1/26/2022. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.