# **<u>Exhibit 1</u>**



Above: **1994-95 Boy's Swim Team:** Nick Stender (11), Eddie Piatt (9), Carl Richstatter (10), Sergio Bonilla (11), Chris Scofield (9). NOT PICTURED: Robert Teply (12). (Photo: Marsicek Photography)