# **Exhibit 3**

ancestry · Subscribe · Sign In · EN

**U.S. DISCOVERY MEMBERSHIP**

# We're giving you access to *your* history.



**BEST DEAL - SAVE $50***
☑ 6 months — $16.50 /per mo.§ after free trial — or pay upfront

◯ 1 Month — $24.99/month after free trial

**CLICK FOR FREE TRIAL ▶**

See all membership options

§You are committing to a six-month subscription, but you will be billed on a monthly basis. If you cancel before the end of your subscription, an early termination fee of up to $25 may apply. See our Renewal and Cancellation Terms for more details.



## The world's most comprehensive record collection.

An Ancestry membership gives you access to an unparalleled collection of more than 15 billion U.S. records. You'll have amazing resources at your fingertips including census records, wills, ships' logs, and more.

## Your family tree will grow and grow.

Ancestry makes charting your family history easier and faster than you ever imagined. With an intuitive interface and intelligent Hints, you'll have guidance every step of the




