## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,<br><br>        Plaintiff,<br><br>  v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>        Defendants. | CASE NO. 1:20-cv-07390<br><br>Hon. Virginia M. Kendall |

## **DECLARATION OF JOHN W. BAUMANN**

I, John W. Baumann, declare as follows:

1.      I am a Partner at the law firm of Quinn Emanuel Urquhart & Sullivan, LLP and I represent defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"). I make this declaration of personal, firsthand knowledge, and if called and sworn as a witness, I could and would testify competently thereto.

2.      On April 12, 2022, Cristina Henriquez and I met and conferred via Zoom with plaintiff's counsel, Benjamin Osborn, in a good faith attempt to resolve the parties' dispute regarding plaintiff's outstanding discovery, in particular given the pending motion for summary judgment and the fact that some requests sought discovery for the purpose of finding a new named plaintiff. The parties were unable to resolve their dispute.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 19, 2022, at Los Angeles, California.

*/s/ John W. Baumann*
John W. Baumann

## **CERTIFICATE OF SERVICE**

      I, the undersigned, hereby certify that on April 19, 2022, I caused a true and correct copy of the foregoing to be filed electronically with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to counsel of record via the Court's CM/ECF automated filing system.

                                                */s/ John W. Baumann*
                                                John W. Baumann