IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated, | )<br>)<br>) |
| Plaintiff, | ) Case No. 1:20-cv-07390<br>)<br>) Hon. Judge Virginia M. Kendall |
| v. | )<br>) |
| ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; and ANCESTRY.COM LLC, a Delaware Limited Liability Company, | )<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |

**JOINT MOTION FOR EXTENSION OF FACT DISCOVERY DEADLINE**

Plaintiff Sergio Bonilla and Defendants Ancestry.com Operations Inc., Ancestry.com Inc., and Ancestry.com LLC (collectively, "Ancestry"), by and through their undersigned counsel, hereby jointly move to extend the deadline for completing fact discovery in this matter, which is currently set for July 22, 2022, *see* Doc. 58. In support of this motion, the parties state as follows:

1. Fact discovery opened in this case on December 7, 2021, following the Court's denial of Ancestry's motion to dismiss. *See* Doc. Nos. 57, 58.

2. Plaintiff served a first set of discovery requests on Ancestry on January 3, 2022, and Ancestry provided written responses and objections to those requests on February 16, 2022.

3. On February 10, 2022, Ancestry moved for summary judgment, arguing that Plaintiff's claims are time-barred. Doc. Nos. 60, 61. Plaintiff opposed that motion. Doc. No. 69.

4. Plaintiffs subsequently served a second set of discovery on Ancestry on February 18, 2022, and Ancestry provided written responses and objections to those requests on March 21, 2022.

5. After meeting and conferring regarding Ancestry's responses and objections to both sets of Plaintiff's discovery requests, Plaintiff filed a motion to compel the production of

1

documents and information responsive to those requests, Ancestry opposed that motion and also filed a motion for a protective order, which Plaintiff opposed. Doc Nos. 75, 77, 78, 84, 85. Those motions remain pending before the Court.

6. As a result of the pending discovery dispute, the outcome of which will affect how and when discovery moves forward, the Parties jointly request that the Court extend the fact discovery deadline by four months to November 22, 2022. This is the Parties' first request to extend the fact discovery deadline.

7. This request is sought in good faith and not for any improper purpose or for the purpose of delay.

WHEREFORE, the Parties respectfully request that the Court grant this joint motion to extend the fact discovery deadline to November 22, 2022.

Dated: June 1, 2022                                                     Respectfully submitted,

| /s/ *Raina C. Borrelli* | /s/ *Shon Morgan* |
|---|---|
| Raina C. Borrelli | Shon Morgan |
| Samuel J. Strauss | John Wall Baumann |
| TURKE & STRAUSS LLP | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| 613 Williamson St., Suite 201 | 865 S. Figueroa Street, 10th Floor |
| Madison, WI 53703 | Los Angeles, CA 90017 |
| Telephone: (608) 237-1775 | Telephone: (213) 443-3000 |
| Facsimile: (608) 509-4423 | jackbaumann@quinnemanuel.com |
| raina@turkestrauss.com | shonmorgan@quinnemanuel.com |
| sam@turkestrauss.com | |
| | |
| Michael F. Ram, *Admitted Pro Hac Vice* | Daniel R. Lombard |
| Marie N. Appel, *Admitted Pro Hac Vice* | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| MORGAN & MORGAN COMPLEX LITIGATION GROUP | 191 North Wacker Drive, #2700 |
| 711 Van Ness Avenue, Suite 500 | Chicago, IL 60606 |
| San Francisco, CA 94102 | Telephone: (312) 705-7400 |
| Telephone: (415) 358-6913 | daniellombard@quinnemanuel.com |
| Facsimile: (415) 358-6923 | |
| mram@forthepeople.com | Christina Aide Henriquez |
| mappel@forthepeople.com | QUINN EMANUEL URQUHART & SULLIVAN LLP |
| | 555 Twin Dolphin Drive, 5th Floor |
| Benjamin R. Osborn, *Admitted Pro Hac Vice* | Redwood Shores, CA 94065 |
| 102 Bergen Street | |

Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
Telephone: (312) 899-9090
Facsimile: (312) 251-1160
SMM@cliffordlaw.com

Telephone: (650) 801-5000
cristinahenriquez@quinnemanuel.com

# **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 1st day of June, 2022.

        TURKE & STRAUSS LLP

        By: */s/ Raina C. Borrelli*
            Raina C. Borrelli
            Email: raina@turkestrauss.com
            TURKE & STRAUSS LLP
            613 Williamson St., Suite 201
            Madison, WI 53703
            Telephone: (608) 237-1775
            Facsimile: (608) 509-4423