# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

SERGIO BONILLA, on behalf of himself
and all others similarly situated,

      *Plaintiff,*

v.

ANCESTRY.COM OPERATIONS INC.,
ANCESTRY.COM INC.,
ANCESTRY.COM LLC and DOES 1
through 50, inclusive,

      *Defendants.*

No. 20 C 7390

Judge Virginia M. Kendall

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of Plaintiff (s)

and against Defendant(s)

which ☐ includes pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment. Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of Defendant(s) ANCESTRY.COM OPERATIONS INC., ANCESTRY.COM INC., ANCESTRY.COM LLC, and DOES 1 through 50, inclusive,

and against Plaintiff(s) SERGIO BONILLA, on behalf of himself and all others similarly situated

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge Virginia M. Kendall presiding, and the Jury has rendered a verdict.
☐ tried by Judge Virginia M. Kendall without a jury and the above decision was reached.
☒ decided by Judge Virginia M. Kendall on a Motion for Summary Judgment.

Date:  9/16/2022                                                  Thomas G. Bruton, Clerk of Court

/s/Lynn Kandziora , Deputy Clerk