# EXHIBIT 1

```xml
<User ████████████████████████████████████████████>
  <Address>
    <City/>
    <Country/>
    <Line1/>
    <Line2/>
    <PostalCode/>
    <Region/>
    <Type>Home</Type>
  </Address>
  <CreateDate>2020-11-20T18:26:11.373</CreateDate>
  <Email>████████████████████</Email>
  <ExternalCorrelation i:nil="true"/>
  <Gender/>
  <LastLoginDate>2022-06-06T11:55:27.357</LastLoginDate>
  <Names>
    <Name>
      <Type>First</Type>
      <Value>Ben</Value>
    </Name>
    <Name>
      <Type>Last</Type>
      <Value>Osborn</Value>
    </Name>
    <Name>
      <Type>Nickname</Type>
      <Value>Ben</Value>
    </Name>
  </Names>
  <Password ███████████/>
  <PhoneNumbers/>
  <UserId>████████████████████████████</UserId>
  <Username>████████████</Username>
</User>
```

```
▼<Property>
   <Domain>_ANC</Domain>
   <Name>RType</Name>
   <Value>14</Value>
 </Property>
▶<Property>
 ...
 </Property>
▶<Property>
 ...
 </Property>
▶<Property>
 ...
 </Property>
▶<Property>
 ...
 </Property>
▼<Property>
   <Domain>ancestry.com</Domain>
   <Name>AcceptedTerms[redacted]s</Name>
   <Value>{ 'utcDate': 'Fri, 20 Nov 2020 18:26:11 GMT', 'ip': [redacted]' }</Value>
 </Property>
▶<Property>
 ...
 </Property>
▶<Property>
 ...
 </Property>
▶<Property>
 ...
 </Property>
▼<Property>
   <Domain>_ANC</Domain>
   <Name>PartnerID</Name>
   <Value>0</Value>
 </Property>
```