# EXHIBIT 4

A few changes you should know about



# Your privacy is important to us.

At Ancestry®, protecting our customers' privacy and being good stewards of your data is our highest priority.

As part of our commitment to you, we annually review and update our Terms and Conditions and Privacy Statement. As of August 3, 2021, here are a few changes you should know about:

- **Information related to what happens with AncestryHealth® customers' data since AncestryHealth® has been discontinued effective August 1, 2021.**

- **Clarifications about intellectual property rights.**

- **Clarifications about the types of privacy rights and choices you may have, depending on the location where you live.**

None of these updates will impact your ability to continue to use Ancestry®.

You can rest assured that Ancestry's relationship with our customers—and our robust consumer privacy protections—remain the same.

We invite you to review our updated **Terms and Conditions** and **Privacy Statement** now.

Thank you for being an Ancestry® customer.

Support Center    View this email online
Email Preferences    Privacy Statement    Terms and Conditions