# THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| SERGIO BONILLA, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No: 1:20-cv-07390 |

## MOTION TO WITHDRAW AS COUNSEL

Pursuant to Local Rule 83.17, Plaintiff SERGIO BONILLA, by and through the undersigned counsel, respectfully request that the appearance of Shannon M. McNulty of Clifford Law Offices, P.C. be withdrawn in this matter. Plaintiff will continue to be represented in this litigation by Law Office of Benjamin R. Osborn, Morgan and Morgan Complex Litigation Group and Turke & Strauss LLP. This motion is not being made for the purpose of causing any delay and granting this Motion will neither cause a delay nor prejudice any party. Plaintiff is aware of this Motion.

WHEREFORE, Plaintiff respectfully requests that the appearance of Shannon M. McNulty in this matter be withdrawn.

DATED: April 6, 2023

/s/ Shannon M. McNulty
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
312.251.1160 Facsimile
SMM@cliffordlaw.com

## CERTIFICATE OF SERVICE

    I, Shannon M. McNulty, an attorney, hereby certify that on April 6, 2023, I served the above and foregoing Motion to Withdraw as Counsel, by causing a true and accurate copy of such papers to be filed and served on all counsel of record via the Court's CM/ECF electronic filing system.

/s/ Shannon M. McNulty
Shannon M. McNulty
CLIFFORD LAW OFFICES, P.C.
120 N. LaSalle Street, 31st Floor
Chicago, Illinois 60602
312.899.9090
312.251.1160 Facsimile
SMM@cliffordlaw.com
