UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Braundmeier, et al.
                              Plaintiff,

v.                                          Case No.: 1:20−cv−07390
                                            Honorable Virginia M. Kendall

Ancestry.Com Operations, Inc., et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, October 25, 2023:

    MINUTE entry before the Honorable Virginia M. Kendall. Parties' Joint Motion to modify scheduling Order [151] is granted. End of Fact Discovery Ordered is extended and Ordered closed by November 28, 2023. Status hearing is reset for November 29, 2023 at 9:00 AM. Plaintiffs' Motion for Class Certification and Class Certification Expert Disclosures due by December 14, 2023; Defendants' Opposition to Motion for Class Certification and Class Certification Expert Disclosures shall be due by February 14, 2024; Plaintiffs' Reply in Support of Motion for Class Certification and Reply Class Certification Rebuttal Expert Disclosures due March 14, 2024. Motion hearing set for 10/30/2023 is stricken. Mailed notice(lk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.