# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| JOHN BRAUNDMEIER and KEVIN WALLACE, on behalf of themselves and all others similarly situated,<br><br>      Plaintiffs,<br><br>vs.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>      Defendants. | **CASE NO. 1:20-CV-07390**<br><br>**JUDGE JEFFREY I CUMMINGS** |

## DECLARATION OF KEVIN WALLACE

I, Kevin Wallace, declare:

1. I am an adult resident of the state of Illinois.

2. I am a named plaintiff in the above-captioned action and have knowledge of the facts set forth in this declaration. If called as a witness to testify, I could and would be competent to testify to these facts.

3. I am making this declaration in support of Plaintiffs' Motion for Class Certification.

4. Ancestry never requested my consent to use my name and photograph, and I never provided any consent to Ancestry.

5. I am not a paying subscriber, free trial user, or registered account holder with Ancestry.com. I have never agreed to a Terms of Service from Ancestry.com. To the best of my knowledge and recollection, I have never visited www.ancestry.com.

1

6.        I am a proposed Class representative in this lawsuit. I understand I represent a Class of other persons whose names and photographs also appear on www.ancestry.com without their consent. I understand that I must consider, and am obligated to protect, the interests of other Class members in pursuing my claims.

7.        As part of my duties as a Class representative, I reviewed the Complaint to ensure the accuracy of the facts as they related to me. I assisted in preparing responses to discovery requests and gathering documents and materials for production. On July 10, 2023, I sat for my deposition. I communicate regularly with my counsel about the progress of this case. I understand I may be called to testify in this case at trial. I am willing and able to continue fulfilling my duties as a Class representative.

8.        If this case were not certified as a Class action, it would not be feasible for me to pay an attorney to bring an individual lawsuit to pursue my claims.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __Kw__ day of December 2023.

_____
Kevin Wallace

Doc ID: 358aaa2a8b268583c6d74a945988d61b37de7318