UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF NextGen 1.7.1.1
Eastern Division

John Braundmeier, et al.
                                         Plaintiff,

v.                                                             Case No.: 1:20−cv−07390
                                                                              Honorable Jeffrey I Cummings

Ancestry.Com Operations, Inc., et al.
                                         Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, February 29, 2024:

      MINUTE entry before the Honorable Jeffrey I Cummings: The Court is in receipt of defendants' motion to reconsider [177]. Plaintiff shall respond by 3/13/24 and defendants shall reply by 3/27/24. The Court will review the parties' submissions and will either issue a ruling by mail or set a hearing if appropriate. Defendants' motion for summary judgment [179] is stricken without prejudice for failure to abide by this Court's case management order for summary judgment practice (available on the Court's website), which requires a party seeking summary judgment to first contact the Court's courtroom deputy regarding scheduling an off−the−record telephonic conference with the Court. Defendants' motion to seal [184] is granted. Mailed notice(cc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.