IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| JOHN BRAUNDMEIER, and KEVIN WALLACE, on behalf of himself and all others similarly situated,<br><br>                Plaintiff,<br><br>   v.<br><br>ANCESTRY.COM OPERATIONS INC., a Virginia Corporation; ANCESTRY.COM INC., a Delaware Corporation; ANCESTRY.COM LLC, a Delaware Limited Liability Company,<br><br>                Defendants. | Case No. 1:20-cv-07390<br><br>Judge Jeffrey I. Cummings |

## JOINT MOTION TO SET BRIEFING SCHEDULE

      Plaintiffs John Braundmeier and Kevin Wallace and Defendants Ancestry.com Operations, Inc., Ancestry.com, Inc., and Ancestry.com LLC ("Ancestry"), jointly request that the Court set a briefing schedule for Defendants' Motion for Reconsideration (Doc. 177) and Defendants' Motion to Exclude Plaintiffs' Expert Michael Naaman Pursuant to Federal Rule of Evidence 702 (Doc. 189) whereby Plaintiffs' opposition to each of these motions shall be due on April 5, 2024, and Defendants' reply in support of each of these motions shall be due on April 19, 2024.

      It is Ancestry's position that to the extent the Court schedules arguments on these motions or the pending motion for class certification (Doc. 162), Defendants' Motion for Reconsideration (Doc. 177) should be heard first because the reconsideration motion concerns threshold jurisdictional issues. Plaintiffs disagree.

In support of this joint motion, the Parties state as follows:

1. On February 15, 2024, Ancestry filed a Motion for Reconsideration of Motion to Dismiss for Lack of Personal Jurisdiction. Docs. 177, 178.

2. On February 21, 2024, Ancestry filed a Motion to Exclude Plaintiffs' Expert Michael Naaman Pursuant to Federal Rule of Evidence 702. Docs. 189, 190. Dr. Naaman was disclosed as an expert by Plaintiffs related to their motion for class certification. *See* Docs. 167, 174.

3. The Court has not yet set a briefing schedule on these motions.

4. The Parties have conferred and jointly agreed to a briefing schedule whereby Plaintiffs' opposition to each of these motions shall be due on April 5, 2024, and Defendants' reply in support of each of these motions shall be due on April 19, 2024.

5. This requested briefing schedule will not impact any other case deadlines.

The Parties respectfully request that this Court enter an order setting these case deadlines.

Dated: March 5, 2024

Respectfully submitted,

By: */s/ Raina C. Borrelli*
Raina C. Borrelli
Samuel J. Strauss
TURKE & STRAUSS LLP
613 Williamson St., Suite 201
Madison, WI 53703
Telephone: (608) 237-1775
Facsimile: (608) 509-4423
raina@turkestrauss.com
sam@turkestrauss.com

Michael F. Ram (*pro hac vice*)
Marie N. Appel (*pro hac vice*)
MORGAN & MORGAN
COMPLEX LITIGATION GROUP

Dated: March 5, 2024

Respectfully submitted,

By: */s/ Shon Morgan*
Shon Morgan
John Wall Baumann
QUINN EMANUEL URQUHART &
SULLIVAN LLP
865 S. Figueroa Street, 10th Floor
Los Angeles, CA 90017
Telephone: (213) 443-3000
jackbaumann@quinnemanuel.com
shonmorgan@quinnemanuel.com

Daniel R. Lombard
QUINN EMANUEL URQUHART &
SULLIVAN LLP
191 North Wacker Drive, #2700

711 Van Ness Avenue, Suite 500
San Francisco, CA 94102
Telephone: (415) 358-6913
Facsimile: (415) 358-6923
mram@forthepeople.com
mappel@forthepeople.com

Benjamin R. Osborn (*pro hac vice*)
102 Bergen Street
Brooklyn, NY 11201
Telephone: (347) 645-0464
ben@benosbornlaw.com

*Attorneys for Plaintiffs and the Proposed Class*

Chicago, IL 60606
Telephone: (312) 705-7400
daniellombard@quinnemanuel.com

Christina Aide Henriquez
QUINN EMANUEL URQUHART & SULLIVAN LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
cristinahenriquez@quinnemanuel.com

*Attorneys for Defendants*

## **CERTIFICATE OF SERVICE**

I, Raina C. Borrelli, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to counsel of record via the ECF system.

DATED this 5th day of March, 2024.

                        TURKE & STRAUSS LLP

                        By: */s/ Raina C. Borrelli*
                              Raina C. Borrelli
                              Email: raina@turkestrauss.com
                              TURKE & STRAUSS LLP
                              613 Williamson St., Suite 201
                              Madison, WI 53703
                              Telephone: (608) 237-1775
                              Facsimile: (608) 509-4423