## IN THE UNITED STATES DISTRICT COURT
## FOR THE
## NORTHERN DISTRICT OF ILLINOIS

JOSHUA BRAUNDMEIER and KEVIN WALLACE, on behalf of themselves and all similarly situated,

Plaintiff(s),

v.

ANCESTRY.COM OPERATIONS, INC., et al,

Defendant(s).

Case No. 20cv7390
Judge Jeffrey I. Cummings

### JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $      ,

which ☐ includes $ pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☒ in favor of defendant(s) Ancestry.Com Operations, Inc., Ancestry.Com, Inc. and Ancestry.Com, LLC

and against plaintiff(s) John Braundmeier and Kevin Wallace.

Defendant(s) shall recover costs from plaintiff(s).

☐ other:

This action was *(check one)*:

☐ tried by a jury with Judge         presiding, and the jury has rendered a verdict.
☐ tried by Judge     without a jury and the above decision was reached.
☒ decided by Judge Cummings on a motion for summary judgment.

Date: 1/29/2025

Thomas G. Bruton, Clerk of Court
C. Chambers, Deputy Clerk